UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.<br><br>Plaintiff,<br><br>v.<br><br>R G CONSTRUCTION, INC., a Washington corporation,<br><br>Defendant. | CASE NO. 2:18-cv-01861-BAT<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT** |

Pursuant to the Stipulation of Plaintiffs and Defendant (Dkt. 11), judgment shall be entered in favor of Plaintiffs against Defendants in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 612, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period October 2018 through January 2019: for contributions of $45,616.96, for dues of $2,421.15, for liquidated damages of $12,359.36, for pre-judgment interest of $3,970.55, for attorneys' fees of $213.00 and for costs of $535.00, all for a total of $65,116.02, together with interest accruing thereupon at the rate of twelve percent (12%) per

ORDER GRANTING STIPULATION FOR
ENTRY OF JUDGMENT - 1

annum from the date of entry hereof until fully paid.

Accordingly, it is **ORDERED**:

1. The Court GRANTS the stipulation for judgment as set forth above.

2. The Clerk is directed to close this case.

DATED this 26th day of March, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STIPULATION FOR
ENTRY OF JUDGMENT - 2